UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| JOE LOUIS WYATT | * | CIVIL ACTION NO. 15-2671 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| N. BURL CAIN | * | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Joe Louis Wyatt's Petition for Writ of *Habeas Corpus* is DENIED and DISMISSED as untimely.

MONROE, LOUISIANA, this 12th day of January, 2016.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE